### PALMER agt CASEY

Lisle Palmer plaint. agt John Casey Defendt The plaint. was nonsuted in failure of process.

### MEARES agt. LAWTON etc.

James Meares plaint. agt George Lawton & Joseph Cowell or either of them Defendts The plaint. was non suted upon non-appearance.

### CLARKE agt. BYFEILD

Thomas Clarke plaint. agt Nathanael Byfeild Execr to the last will and testamt of Capt Thomas Clarke deced Defendt in an action of the case for refuseing to pay unto the plaint. the Son of sd Capt Clarke the Summe of one thousand pound due unto him by promiss upon marriage wth Hannah Fordum now wife of the plaint. . . . The Jury . . . found for the Defendt costs of Court: The Jury being sent forth a. 2d time upon this action and that which follows, they returnd the papers, informeing the Court that both parties came to them and declared they had agreed.

### BYFEILD agt. CLARKE

Nathanael Byfeild Execr to the last Will & Testamt of Capt Tho: Clarke deced plaint. agt Thomas Clarke Son of the sd Capt Clarke Defdt in an action of the case for non payment of the Summe of Four hundred and thirty pounds in money due to the Estate of sd Capt Clarke as by Booke &a shall appeare: . . . The Jury . . . [ 532 ] found for the Defendt costs of Court.

### SMITH agt. MARSHALL

John Smith plaint. agt William Marshall Marrinr Defdt in an action of the case for not delivering unto him to him a just and true accot and the produce of 12 bbs of Mackarill, two bbs of Cyder, one bbr of Oyle and one bbr of Onyons, all which bbs and contents thereof were received by him the sd Marshall as Master of the pinke Releife & consigned to him as may appeare by bill of loading under his hand. . . . The Jury . . . found for the plaintife, three pounds twelve Shillings six pence money & costs of Court.